1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9

10  Gregory Mangum,                    )
                                       )
11              Plaintiff,             )        No. CV-05-1153-PCT-PGR
                                       )
12          vs.                        )
                                       )        ORDER to SHOW CAUSE and
13                                     )        OPINION
    Jo Anne B. Barnhart, Commissioner  )
14  of Social Security,                )
                                       )
15              Defendant.             )
    _____)

16

17          Pursuant to the Court's Scheduling Order in this matter, entered on April 20,

18  2005, the defendant was required to file her response and cross-motion to any motion

19  for summary judgment filed by the plaintiff within the time period mandated by LRCiv

20  7.2, *i.e.* no later than 30 days after service of the plaintiff's motion.  Notwithstanding that

21  Plaintiff's Motion for Summary Judgment was served and filed on July 29, 2005, the

22  defendant did not file her response and cross-motion for summary judgment until

23  October 24, 2005.  A review of the Court's record establishes that no request for an

24  extension of time to file a late response and cross-motion was filed by the defendant,

25  and that the Court has not entered any extension order.

26          Since the defendant's memoranda fails to set forth any reason for the delayed

27  filing, the Court will require the defendant to show cause why an appropriate sanction

28  should not be imposed against her, which sanction may include the striking of her

1   response and cross-motion and related documents.  Therefore,

2       IT IS ORDERED that the defendant shall show cause in writing no later than

3   **November 14, 2005** why an appropriate sanction should not be entered against her for

4   her failure to timely respond to Plaintiff's Motion for Summary Judgment.

5       DATED this 26th day of October, 2005.

6

7                                   _____

8                                   Paul G. Rosenblatt
                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28